

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2018

No. 04-18-00156-CV

**MMM 410 BAR AND GRILL, LLC**,
Appellant

v.

Jose **FONG**, Ericka Fong, Loop 410 Development, LTD Co., and EFJFM, LLC,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01524
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due June 21, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court